UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROSE BUCHHOLTZ,<br><br>                           Plaintiff,<br>v.<br>ALLIANT CAPITAL MANAGEMENT, LLC, et al.,<br><br>                           Defendants. | Case No. 2:14-cv-01032-JAD-PAL<br><br>ORDER |

Before the court is the Notice of Settlement (Dkt. #13) advising that the parties have reached a settlement in this case and are presently drafting settlement and dismissal documents. The parties' joint pretrial order was due April 28, 2015.  The deadline for filing the joint pretrial order expired April 24, 2015 before the parties filed the notice of settlement.  The court therefore expects the parties will be diligent in finalizing their settlement, and will require them to file a joint pretrial order if their settlement is not finalized in a reasonable period of time. Accordingly,

**IT IS ORDERED** that the parties shall have until **May 28, 2015**, in which to either file their stipulation to dismiss or joint status report indicating when the stipulation will be filed.

DATED this 5th day of April, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE