1  MARK J. BOURASSA, ESQ.
   Nevada Bar No. 7999
2  KEREN E. GESUND, ESQ.
   Nevada Bar No. 10881
3  **THE BOURASSA LAW GROUP, LLC**
   8668 Spring Mountain Rd., Suite 101
4  Las Vegas, Nevada 89117
   Tel: (702) 851-2180
5  Fax: (702) 851-2189
6
7              **UNITED STATES DISTRICT COURT**
                   **DISTRICT OF NEVADA**
8

| | |
|---|---|
| ROSE BUCHHOLTZ, an individual, on behalf of themselves and those similarly situated; | Case No.: 2:14-cv-01032-JAD-PAL |
| Plaintiffs, | |
| vs. | **ORDER** |
| ALLIANT CAPITAL MANAGEMENT, LLC, a New York limited liability company, and DALTON MANAGEMENT GROUP, LLC, a New York limited liability company | **STIPULATION OF DISMISSAL** |
| Defendants. | |

9
10
11
12
13
14
15
16
17       Plaintiff Rose Buchholtz ("Plaintiff"), and Defendants Alliant Capital Management,

18  LLC and Dalton Management Group, LLC ("Defendants"), by and through their respective

19  counsel of record, hereby stipulate and agree as follows:

20       Pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby

21  dismissed against Defendants Alliant Capital Management, LLC and Dalton Management

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

                              - 1 -

Group, LLC with prejudice and without costs to any party.

Dated this <u>28th </u>day of May 2015.

**THE BOURASSA LAW GROUP, LLC**       **ALVERSON, TAYLOR, MORTENSON & SANDERS**

By: <u>/s/ Mark J. Bourassa</u>                    By: <u>/s/ Kurt R. Bonds </u>
MARK J. BOURASSA, ESQ.                  KURT R. BONDS, ESQ.
Nevada Bar No. 7999                          Nevada Bar No. 6228
KEREN E. GESUND, ESQ.                    7401 W Charleston Blvd
Nevada Bar No. 10881                         Las Vegas NV 89117
8668 Spring Mountain Rd., Suite 101     *Attorney for Defendants*
Las Vegas, Nevada 89117
*Attorney for Plaintiff*

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is instructed to close this case.

Dated:  May 28, 2015.

_____
UNITED STATES DISTRICT JUDGE

- 2 -